THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERMAN H. BANK, Appellant.

Submitted September 28, 2015; decided October 15, 2015

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.